**No. 10-6634. Jason O. Williams, Petitioner v. Richard F. Allen, Commissioner, Alabama Department of Corrections.**

562 U.S. 1142, 131 S. Ct. 906, 178 L. Ed. 2d 760, 2011 U.S. LEXIS 180.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 598 F.3d 778.